# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

2009 JUN -9 P 12: 55

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE No. CR2-09- 146 |
| | | JUDGE GRAHAM |
| PLAINTIFF, | : | |
| vs. | : | 18 U.S.C. § 875(c) |
| KYLE JEFFREY TSCHIEGG, | : | |
| DEFENDANT. | : | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
### Threatening Communications
### 18 U.S.C. § 875(c)

On or about August 4, 2008, in the Southern District of Ohio and elsewhere, defendant KYLE JEFFREY TSCHIEGG did knowingly and wilfully transmit in interstate or foreign commerce a communication, specifically an email to "DF" who was an employee of "RF Company" containing a threat to injure the person of another, specifically:

> I want to come to "RF" company in columbus and just start shooting the whole place up, blowing your heads off, and then I'm gonna go to "Pro" in sarasota and and kill all of them too, see ya soon!! Im looking forward to painting walls with brain matter:)

In violation of 18 U.S.C. § 875(c).

1

## COUNT TWO
## Threatening Communications
## 18 U.S.C. § 875(c)

On or about August 4, 2008, in the Southern District of Ohio and elsewhere, defendant KYLE JEFFREY TSCHIEGG did knowingly and wilfully transmit in interstate or foreign commerce a communication, specifically an email to "RF, Sr." who was an employee of "RF Company" containing a threat to injure the person of another, specifically:

> I want to come to "RF" company in columbus and just start shooting the whole place up, blowing your heads off, and then I'm gonna go to "Pro" in sarasota and and kill all of them too, see ya soon!! Im looking forward to painting walls with brain matter:)

In violation of 18 U.S.C. § 875(c).

## COUNT THREE
## Threatening Communications
## 18 U.S.C. § 875(c)

On or about August 4, 2008, in the Southern District of Ohio and elsewhere, defendant KYLE JEFFREY TSCHIEGG did knowingly and wilfully transmit in interstate or foreign commerce a communication, specifically an email to "RF, Sr." containing a threat to injure the person of another, specifically: "you will be dying very soon :)"

In violation of 18 U.S.C. § 875(c).

## COUNT FOUR
## Threatening Communications
## 18 U.S.C. § 875(c)

On or about August 15, 2008, in the Southern District of Ohio and elsewhere, defendant KYLE JEFFREY TSCHIEGG did knowingly and wilfully transmit in interstate or foreign

commerce a communication, specifically a telephone call to "RF Company," containing a threat to injure the person of another, specifically that "he would hack into the computers and destroy everything and everyone."

In violation of 18 U.S.C. § 875(c).

### COUNT FIVE
### Threatening Communications
### 18 U.S.C. § 875(c)

On or about August 18, 2008, in the Southern District of Ohio and elsewhere, defendant KYLE JEFFREY TSCHIEGG did knowingly and wilfully transmit in interstate or foreign commerce a communication, specifically an email to "RF, Sr." containing a threat to injure the person of another, specifically: "gonna kill you very soon and 'pro' in sarasota florida is my next target after you all..."

In violation of 18 U.S.C. § 875(c).

A True Bill.

s/
Foreperson

GREGORY G. LOCKHART,
UNITED STATES ATTORNEY

GARY L. SPARTIS (0023428)
DEPUTY CRIMINAL CHIEF,
ASSISTANT UNITED STATES ATTORNEY

3